Eugenie Mayers v. William M. Barrett.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Moritz Walter v. Katherine G. Farrell.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sumpad H. Sarafian v. United States Fidelity and Guaranty Company. Sumpad H. Sarafian v. United States Fidelity and Guaranty Company. — Motions denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Locomobile Company v. Edwin Nichols.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Paul Orth and Others v. Max B. Kaesche and Others.— Motion for resettlement granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Moses A. Wiener v. Louis Ross.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Harry Levine and Others v. Harry Orentlich and Others.— Motion for stay granted, without costs. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Benjamin Leder.— Referred to Hon. Roger A. Pryor, official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

American Wet Wash Laundry Company, Appellant, v. Harry Cooperman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

American Wet Wash Laundry Company, Appellant, v. Joe Dube, Respondent. American Wet Wash Laundry Company, Appellant, v. Morris Lautt, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frederick A. Mandeville, as Executor, etc., Respondent, v. Albert F. D'Oench and Another, as Executors, etc., Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke and Scott, JJ

Wilhelm Schenstrom, Respondent, v. John Johansen (First Name "John" Being Fictitious, etc.), Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Arnon L. Squiers, as Trustee in Bankruptcy for Jacob A. Ondrak, Plaintiff, v. Hattie Scheuer and Others, Defendants. In the Matter of the Application of Hattie Scheuer and Others, Appellants, for Directions to John E. Connelly, as Receiver, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.